UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DONALD STANFORD,<br><br>          Plaintiff,<br><br>vs.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,<br><br>          Defendant. | Case No. 4:20-cv-41-JVB-JEM |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and show the Court that the above-entitled cause of action has been fully compromised and settled and the parties hereto stipulate the dismissal hereof, with prejudice against the refiling thereof, costs paid.

Respectfully submitted,

*/s/ Christina M. Bruno*
Christina M. Bruno (Atty. No. 27334-49)
Attorney for Defendant

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204

Daniel Stanford, *Pro Se*

2432 North Webster Avenue
Indianapolis, IN  46219